```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 27, 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL HOUSING FINANCE AGENCY, as Conservator of the FEDERAL HOME LOAN MORTGAGE CORPORATION, on behalf of the Trustee of the GSR MORTGAGE LOAN TRUST 2007-OA1 (GSR 2007-OA1), Plaintiff,

v.

QUICKEN LOANS, INC., Defendant.

Civil Action No. 13-cv-6482 (PAC)

## STIPULATION AND ORDER

WHEREAS, on September 13, 2013, Defendant removed to this Court from the Supreme Court of the State of New York, County of New York, the summons with notice that was served on Defendant by Plaintiff on September 4, 2013 (the "Summons with Notice"); and

WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c)(2), Defendant may respond to the Summons with Notice on or before September 25, 2013;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Counsel, as follows:

1. Defendant is not required to respond to the Summons with Notice.

2. Pursuant to Federal Rule of Civil Procedure 12(e), a complaint will be filed in this action on or before October 18, 2013.

3. All parties reserve all of their rights in connection with all claims and defenses in this matter.

Dated: September 25, 2013

*[signature]*

Marc E. Kasowitz
Hector Torres
Christopher P. Johnson
David J. Abrams
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700

*Attorneys for Plaintiff Federal Housing Finance Agency*

*[signature]*

Howard F. Sidman
Michael O. Thayer
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

*Counsel for Defendant Quicken Loans, Inc.*

SO ORDERED.

Dated: September 27, 2013

*[signature]*
U.S.D.J.